*Stockton & Ulmer,* for Appellant;

*Anderson & Anderson,* for Appellee.

---

T. L. Pelham, Appellant, v. H. Clay Crawford, Secretary of State, Appellee.

An Appeal from the Circuit Court for Leon County.

Appeal dismissed by the Court *sua sponte.*

*Henry E. Williams,* for Appellant;

*Rivers Buford,* Attorney General, for Appellee.

---

Andrew J. Miller, Appellant, v. Annie E. Miller, Appellee.

An Appeal from the Circuit Court for Escambia County.

Appeal dismissed on motion of counsel for Appellant.

*J. McHenry Jones,* for Appellant;

*Forsyth Caro,* for Appellee.